UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.:  3:20-CR-03641-AGS |
| Plaintiff, | **ORDER** |
| v. | |
| Faustino P. Lukolo, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above-entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

Dated:  2/22/2023

_____
Hon. Andrew G. Schopler
United States Magistrate Judge

«Case_No_»